## No. 9.

**MILLER** *against* **HAYES ET AL.** *Windham*, 1817.

A writ will not abate, on the ground, that the service was made by the son in law, of the plaintiff, under a special direction, given him by the authority, issuing the writ; nor is it necessary, for the authority, to aver, the person authorized, to be indifferent.

## No. 10.

**BENSON** *qui tam, against* **EGERTON.** *Windsor*, 1817.

A prosecution *qui tam* for usury, abates by death of defendant. If the defendant decease, after verdict, and before the law term, judgment being respited, by a motion in arrest; Court will not render judgment *nunc pro tunc.*

## No. 11.

**CAMPBELL ET AL.** *against* **KATHARE.** *Windham*, 1817.

IN an action, by several plaintiffs, if one a *feme sole* marry, pending the suit, and the husband, do not appear, and enter his name, and recognizance, by the third day of the term, next ensuing; on the defendants entering the certificate of the marriage; the Court will dismiss the suit, with costs, even without a plea of abatement, offered by defendant.

## No. 12.

**POTTER** *against* **WRIGHT.** *Bennington*, 1816.

IN an action of trespass against a minor, the writ will not abate, because the guardian of the minor was not notified.